No. 465. ATLANTIC STATES MOTOR LINES, INC. *v.* VIRGINIA. Certiorari denied. *S. W. Shelton* for petitioner. *Harvey B.*

*Apperson,* Attorney General of Virginia, for respondent.

